UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ADRIAN TAVARES LEWIS (#335501)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NO. 07-464-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated February 15, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendants' motion for summary judgment will be granted and all of the plaintiff's claims will be dismissed without prejudice for failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e(a), but with prejudice to the refiling with in forma pauperis status except for the plaintiff's claim that legal documents placed in storage on November 11, 2005 were lost.

Baton Rouge, Louisiana, March 31, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA