UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ADRIAN TAVARES LEWIS (#335501)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NO. 07-464-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the plaintiff's complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, May 28, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA