UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 AUG -5 P 2: 21

_____
BY DEPUTY CLERK

| | | |
|---|---|---|
| ADRIAN TAVARES LEWIS (DOC# 335501) | : | CIVIL ACTION |
| | : | NO. 07-464-RET-DLD |
| VERSUS | : | |
| | : | JUDGE TYSON |
| N. BURL CAIN, ET AL | : | MAGISTRATE JUDGE DALBY |

### ORDER

**HAVING CONSIDERED THE FOREGOING MOTION;**

**IT IS ORDERED THAT** in any one month the amount in Adrian Tavares Lewis' (DOC #335501) inmate trust fund account exceeds $10.00, the custodial institution shall deduct 20% of the previous month's income credited to the account.[1] This shall be in addition to any deductions made to pay filing fees that Adrian Tavares Lewis might owe. The custodial institution shall issue a check made payable to the State of Louisiana, Office of Risk Management and forward the money collected for costs to Ms. Lynda Colomb, State Risk Claims Adjuster, State of Louisiana, Office of Risk Management, Post Office Box 91106, Baton Rouge, LA 70821-9106 with the following ORM number noted on the check for proper credit: 06G0105LE1407. These funds are to be deducted from the inmate's trust fund account until the total of $32.20 is paid.

**SO ORDERED, BATON ROUGE, LOUISIANA,** this 5th day of August, 2008.

RALPH E. TYSON
HONORABLE RALPH E. TYSON
CHIEF JUDGE
by James J. Brady
U.S.D.J.

---

[1] 28 U.S.C. §1915(b)(2).

CJB